IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LAMONT DOSTER, | § | |
| | § | No. 494, 2016 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 1510008797 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 23, 2017
Decided: April 6, 2017

## **ORDER**

This 6th day of April 2017, it appears to the Court that, on March 9, 2017, the Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to file the opening brief and appendix in this matter. The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:


*/s/ Collins J. Seitz, Jr.*
Justice